958 A.2d 463

IN THE MATTER OF EDWARD ALLEN MACDUFFIE, JR., AN ATTORNEY AT LAW (ATTORNEY NO. 243801971).

October 17, 2008.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRS 08–150, concluding that **EDWARD ALLEN MACDUFFIE, JR., of LAVALLETTE,** who was admitted to the bar of this State in 1971, should be reprimanded for violating *RPC* 1.7(a)(1) (conflict of interest), and *RPC* 1.15(a) (failure to safekeep property), and good cause appearing;

It is ORDERED that **EDWARD ALLEN MACDUFFIE, JR.,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent record of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.